12909

DUKE POWER COMPANY v. BELL, COUNTY TREASURER

(152 S. E., 865)

312

314

318

320

*Messrs. Gregory & Gregory* for appellant,

*Messrs. Williams & Stewart, J. H. Marion* and *J. C. Mc-Gowan,* for respondent,

April 25, 1930.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

The decree of his Honor, Judge Johnson, is entirely satisfactory to this Court, and for the reasons stated therein it is affirmed.

MR. CHIEF JUSTICE WATTS and MESSRS. JUSTICES BLEASE, STABLER and CARTER concur.